IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLA CHRISTOPHER BUCCI,

        Petitioner,                      No. 2: 11-cv-3147 GEB KJN P

    vs.

TIMOTHY E. BUSBY, et al.,

        Respondents.             ORDER

_____/

        Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 9, 2012, petitioner filed a motion to hold this action in abeyance and noticed this motion for hearing on February 16, 2012.  Petitioner did not serve this motion on respondent's counsel.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Within five days of the date of this order, petitioner shall serve his motion filed January 9, 2012, on Michael Patrick Farrell, Senior Assistant Attorney General and filed proof of service;

////

////

////

1

2. The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 11, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

buc3147.ord