UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA CHRISTOPHER BUCCI,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY E. BUSBY,<br><br>Respondent. | No.  2:11-cv-3147 GEB KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to proceed in forma pauperis on appeal.  (ECF No. 42.)

Petitioner's motion does not comply with Federal Rule of Appellate Procedure 24.  The application does not include an affidavit that claims an entitlement to redress, and nor does it state the issues that petitioner intends to present on appeal.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis on appeal (ECF No. 42) is denied without prejudice.

Dated:  January 21, 2016

Bu3147.ifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1