UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOL CHRISTOPHER BUCCI, | No. 2: 11-cv-3147 GEB KJN P |
| Petitioner, | |
| v. | ORDER |
| TIMOTHY E. BUSBY, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion to proceed in forma pauperis on appeal.  (ECF No. 47.)

Good cause appearing, petitioner's motion to proceed in forma pauperis on appeal is granted.  Fed. R. App. P. 24(a)(1).

Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis on appeal (ECF No. 47) is granted.

Dated:  March 15, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Buc3147.ifp

1